# United States District Court

EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

PERCY GREEN, II

       Plaintiff(s),

       v.              CASE NUMBER:     4:05CV00198JCH

The City of St. Louis, MO

       Defendant(s).

☒      **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒      **Directed Verdict.**  This action came before the Court for a trial by jury, the Court having sustained defendants' motion for judgment as a matter of law at the close of plaintiff's case as to defendants St. Louis Development Corporation, Francis Slay, Jeff Rainford, Barbara Geisman, Rita Kirkland and Phillip Hoge;

☐      **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS HEREBY ORDERED AND ADJUDGED** that on the First Amendment retaliation claim of plaintiff Percy Green, judgment is entered in favor of Defendant City of St. Louis, MO and against plaintiff Percy Green, II.

                         James G. Woodward
                         CLERK

August 18, 2006
DATE

                    By:    /s/ C. Lippold
                         DEPUTY CLERK